UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELFINO VICTORIANO, individually and on behalf of others similarly situated,

Plaintiff,

-v-

LEDO NYC LLC (D/B/A LEDO PIZZA), et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 7301 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (Dkt. No. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants Alap Vora and Jhad Abelquader (together, the "Individual Defendants") to respond to the Complaint was October 9, 2026. (See Dkt. Nos. 7–8). Pursuant to Section 3012(c) of the New York Civil Practice Law and Rules, the deadline for Defendant Ledo NYC LLC (together, with the Individual Defendants, "Defendants") to respond to the Complaint was October 16, 2026. (Dkt. No. 6). See Robles v. Lambsbreath LLC, No. 24 Civ. 7501 (JLR) (SN), 2025 WL 1151119, at *1 (S.D.N.Y. Mar. 6, 2025) (explaining that "[d]efendant's time to respond was 30 days" after "the summons and complaint were served with the Secretary of State") (citing N.Y. C.P.L.R. 3012(c)). To date, Defendants have not responded to the Complaint.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint to **November 2, 2026**.

Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **November 2, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
October 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**