UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELFINO VICTORIANO, individually and on behalf of others similarly situated,

Plaintiff,

-v-

LEDO NYC LLC (D/B/A LEDO PIZZA), et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 7301 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (Dkt. No. 5). The initial deadline for Defendants Alap Vora and Jhad Abelquader (together, the "Individual Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")), was October 9, 2026. (See Dkt. Nos. 7–9). The initial deadline for Defendant Ledo NYC LLC (together, with the Individual Defendants, "Defendants") to respond to the Complaint was October 16, 2026. (See Dkt. Nos. 6; 9). Defendants failed to respond to the Complaint, and the Court sua sponte extended Defendants' deadline to November 2, 2026. (Dkt. No. 9). To date, Defendants have not responded to the Complaint.

As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **November 16, 2026**.

Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **November 16, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**